

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

January 5, 2026

**MEMO ENDORSED**

<u>**By ECF**</u>
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>Gonzalez v. Highland Residential Center</u>, No. 7:25-cv-08843-KMK (S.D.N.Y.)

Dear Judge Karas:

    Pursuant to the Your Honor's Individual Practices Rules I.A-B and IX, I write on behalf of the New York State Office of Children and Family Services ("OCFS")[1] for the special and limited purpose of requesting that the proposed Second Amended Complaint accompanying Plaintiff Sem Gonzalez's Motion for Leave to File a Second Amended Complaint and attachment thereto, ECF Nos. 28 & 28-1 (the "Proposed Second Amended Complaint"), be sealed or stricken from the public docket pursuant to Federal Rule of Civil Procedure 5.2, as it contains confidential information relating to non-parties in OCFS custody. Plaintiff has already filed a substitute with limited redactions at ECF No. 29-1.

    The un-redacted Proposed Second Amended Complaint contains the names of one or more non-parties who, on information and belief, were minors and/or in the custody of OCFS at the time of the alleged events. <u>See</u> ECF No. 28-1 ¶¶ 19, 21, 32. New York law and regulations treat information regarding youth in OCFS custody as highly sensitive, <u>see, e.g.</u>, N.Y. Exec. L. §501-C(1) ("Records or files of youths kept by the division for youth shall be deemed confidential and shall be safeguarded from coming to the knowledge of and from inspection or examination by any person other than one authorized to receive such knowledge or to make such inspection or examination"); 9 N.Y.C.R.R. § 168.7(a) ("information identifying youth who are or have been under the care or supervision of [OCFS] may not be disclosed in whole or part to any person, agency or institution"), and Federal Rule of Civil Procedure 5.2(a) requires that all filings redact the "name of an individual known to be a minor" and publicly file only such minor's initials. Accordingly, the names of those non-parties identified in the Proposed Second

---

[1] Dr. DaMia Harris-Madden, Commissioner of OCFS, is named in the operative complaint, ECF No. 13, in her official capacity, but has not been served with a summons or any filings. OCFS and the Commissioner reserve all rights, including with respect to service, jurisdiction, and the pending motion to amend.

The Hon. Kenneth M. Karas                                                      Page 2 of 2
January 5, 2026

Amended Complaint as youths in the current or former custody of OCFS should be redacted and/or substituted with initials.

OCFS, through the undersigned counsel, contacted Plaintiff on December 30, 2025, to request that Plaintiff seek to have the Proposed Second Amended Complaint, ECF No. 28-1, sealed, and re-file with appropriate redactions. Plaintiff's counsel agreed to file a redacted version of the Second Amended Complaint, and did so that same day at ECF No. 29-1, but stated via email his view that "the proposed Second Amended Complaint has not yet been docketed and therefore is not a public filing" and that he therefore did not believe sealing of the unredacted version was "necessary or warranted." OCFS, through the undersigned counsel, responded that the Proposed Second Amended Complaint had indeed been publicly filed, at ECF No. 28-1, and therefore would need to be sealed or stricken in order to preserve the confidentiality of the non-party youth's full names. OCFS requested that Plaintiff's counsel advise of his position by the close of business on December 30, 2025, but Plaintiff did not do so.

OCFS therefore respectfully requests that the Proposed Second Amended Complaint, filed at ECF No. 28-1, be sealed. The public interest weighs strongly in favor of sealing, as there is a significant public interest in preventing disclosure of information regarding young persons who are or were in OCFS custody, and there is limited public interest in access to the unredacted version of the Proposed Second Amended Complaint, as the required redactions are extremely limited. A redacted version of the filing, which replaces the full names of the youths with initials, has already been filed at ECF No. 29-1.

I am available at the Court's convenience should the Court have any questions.

Sincerely,

/s/ Meaghan E. Brennan
Meaghan E. Brennan
Assistant Attorney General
(212) 416-8411
Meaghan.Brennan@ag.ny.gov

cc: Samuel E. Manrique, Esq.

**MEMO ENDORSED**

Granted.

The Clerk is respectfully directed to seal the Second Amended Complaint, which is Docket Number 28-1, for the reasons noted herein, which establish that the interests in protecting information related to minors outweighs the rights of access to the filing. The Clerk is directed to modify the viewing level for the Second Amended Complaint to the Sealed viewing level.

So Ordered.

1/6/26