UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEM GONZALEZ,

*Plaintiff*,

v.

DAMIA HARRIS MADDEN, et al.

*Defendants*.

No. 25-CV-8843 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Plaintiff has sought summonses as to multiple individuals sued as John Doe Defendants. (*See* Dkt. No. 71; Dkt. No. 72; Dkt. No. 73; Dkt. No. 74.) While those filings have been rejected as deficient by the Clerk of Court's Office, Plaintiff is advised that summonses will not issue until the Doe Defendants have been identified. *See LaPierre v. Dzurenda*, No. 21-CV-464, 2021 WL 1062287, at *9 n.6 (E.D.N.Y. Mar. 17, 2021) ("[I]n the absence of any further identifying information, summonses will not be issued for [the Doe] Defendants. If their identities can be readily obtained during the course of discovery, then leave to amend the Complaint to include such individuals may be sought.").

SO ORDERED.

DATED: August 31, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE